1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA YVETTE TUCKER,

    Plaintiff,     No. 2:08-cv-01862 WBS JFM PS

  vs.

MV TRANSPORTATION, INC.,

    Defendant.   <u>ORDER</u>

_____/

    Notice is hereby given that, subject to approval by the court, MV Transportation, Inc. substitutes Kurt A. Franklin, State Bar No. 172715 as counsel of record in place of Tracy S. Todd.

Contact information for new counsel is as follows:

  Firm Name:   Hanson Bridgett LLP

  Address:    425 Market Street, 26th Floor, San Francisco, CA  94105

  Telephone:   (415) 777-3200   Facsimile:  (415) 541-9366

  E-Mail (Optional): kfranklin@hansonbridgett.com

I consent to the above substitution.    /s/ Cynthia Haston

Date: January 29, 2009

/////

1   I consent to being substituted.                     /s/ Tracy S. Todd

2   Date:     January 29, 2009

3   I consent to the above substitution.                /s/ Kevin D. Reese

4   Date:     January 29, 2009

5         The substitution of attorney is hereby approved and so ORDERED.

6   DATED:  February 3, 2009.

7

8   _____
    UNITED STATES MAGISTRATE JUDGE

9

10  [Note:  A separate consent order of substitution must be filed by each new attorney wishing to
    enter an appearance.]

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2