IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHRISTINA YVETTE TUCKER,

    Plaintiff,                       No. 2:08-cv-1862 WBS JFM PS

    vs.

MV TRANSPORTATION, INC.,

    Defendant.                     <u>ORDER</u>

_____/

        In light of the recent substitution of counsel, defendants have requested that the February 19, 2009 initial scheduling conference be continued for at least thirty days to enable the parties to work out a stipulated schedule for this case.  Defendant removed this case to federal court on August 8, 2008.  Accordingly, IT IS HEREBY ORDERED that:

        1. Defendants' February 12, 2009 request is denied; and

        2. Either party may appear at the February 19, 2009 scheduling conference by phone.

DATED:  February 18, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; tucker.con

1