HANSON BRIDGETT LLP
KURT A. FRANKLIN - 172715
kfranklin@hansonbridgett.com
KEVIN D. REESE - 172992
kreese@hansonbridgett.com
RENJU P. JACOB - 242388
rjacob@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, CA  94105
Telephone:    (415) 777-3200
Facsimile:    (415) 541-9366

Attorneys for Defendant
MV TRANSPORTATION, INC.

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

### SACRAMENTO DIVISION

| | |
|---|---|
| CHRISTINA YVETTE TUCKER,<br><br>            Plaintiff,<br><br>     v.<br><br>MV TRANSPORTATION, INC.,<br><br>            Defendants. | No. 2:08-cv-01862-WBS-JFM<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [~~PROPOSED~~] ORDER [FRCP 41(a)(1)]**<br><br>Action Filed:  August 8, 2008 |

IT IS HEREBY STIPULATED by and between the parties to this lawsuit that, pursuant to the Federal Rules of Civil Procedure 41(a)(1), the above-captioned action be and hereby is dismissed with prejudice in its entirety as to all claims and with respect to all parties.

///
///
///

- 1 -
FRCP 41 STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL
(Case No. 2:08-cv-01862-WBS-JFM)

2145694.1

| | | |
|---|---|---|
| DATED: December 16, 2009 | | /s/ Christina Tucker (original signature retained by Renju Jacob) |
| | | CHRISTINA YVETTE TUCKER |
| | | Plaintiff |

DATED: December 30, 2009    /s/ Daniel Abfalter (original signature retained by Renju Jacob)
DANIEL ABFALTER
Senior Vice-President, Human Resources
TRANSPORTATION, INC.

DATED: December 30, 2009    HANSON BRIDGETT LLP

/s/ Renju P. Jacob
KEVIN D. REESE
KURT A. FRANKLIN
RENJU P. JACOB
Attorneys for Defendant
MV TRANSPORTATION, INC.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: December 30, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -